# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JAMES F. ARCHER  :  CHAPTER 13
                        :  15-15863 MDC

## MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor, by his counsel, requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On August 16th, 2015, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Respectfully:

Joseph F. Claffy /s/
Joseph F. Claffy, Esquire
Attorney for Debtor
26 South Church Street
West Chester, PA 19382
610 429-0900/ 9550 FAX
ID 35142
claffylaw@aol.com