```
                UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

November 10, 2016

To: **Joseph F. Claffy, Esq.**

                            In re: **James F. Archer**
                            Bankruptcy No. **15-15863MDC**
                            Adversary No.
                            Chapter **7**

Re **Motion to Convert to Chapter 7**

The above pleading was filed in this office on **November 9, 2016.** Please be advised that the following document(s) has (have) not been filed as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court:

    ( )    Affidavit
    ( )    Certificate of Service
    ( )    Certification of no response
    ( )    Notice pursuant to Rule 9019
    ( )    Notice pursuant to Rule 2002
    ( )    Notice pursuant to Rule 3007.1
    ( )    Proof of Claim number not noted on objection pursuant to Rule 3007.1(a)
    ( )    Proposed Order
    ( )    Stipulation
    ( )    Certification of Default
    ( )    $30.00 Filing Fee for Amendments
    ( )    $25.00 Claims Transfer Fee
    (**x**)    Other: **$25.00 Conversion Fee**

In order for this matter to proceed to disposition, please submit the above noted item(s) to this office within fourteen (14) days from the date of this notice. Otherwise, the matter will be referred to the Court.

                            Timothy B. McGrath
                            Clerk


                            By: _Paul  A.  Puskar_
                                Deputy Clerk

status.frm
(rev. 2/04/14)