United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15863-mdc
James F Archer                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP                Page 1 of 2              Date Rcvd: Nov 10, 2016
                            Form ID: 210U              Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
```
db         +James F Archer,    21 Peacemaker Drive,    Parkesburg, PA 19365-9177
cr         +U.S. Bank National Association, as Indenture Trust,    ALDRIDGE PITE, LLP,
             4375 Jutland Dr., Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13581704    Barbara Brand, Esquire,    3 Rosetta Drive,    Phoenixville, PA 19460
13581706   +Deborah Brand,    3 Rossiter Ave.,    Phoenixville, PA 19460-2509
13581707   +Farmers Insurance,    4680 Wilshire Blvd,    Los Angeles, CA 90010-3807
13616335   +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13645909   +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
             Dallas, TX 75380-0849
13581710   +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13581712   +Sadsbury Township,    c/o Lamb Windle Mcerlane,    24 E Market,    West Chester, PA 19382-3151
13581713   +Tri County Water,    3685 Leike Road,    Parkesburg, PA 19365-1704
13630874   +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
             Dallas TX 75261-9096
13581714   +VNB LOAN SERVICES,    747 Chestnut Ridge Rd,    Spring Valley, NY 10977-6224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Nov 11 2016 01:48:12     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 11 2016 01:47:37
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 11 2016 01:47:52     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13581708   +E-mail/Text: bankruptcy.notices@hdfsi.com Nov 11 2016 01:48:22     Harley Davidson Financial,
             4150 Technology Way,    Pvc,    Carson City, NV 89706-2026
13581709   +E-mail/Text: bankruptcy@huntington.com Nov 11 2016 01:47:43     Huntington Bank,
             7 Easton Oval,    Columbus, OH 43219-6060
13581711   +Fax: 407-737-5634 Nov 11 2016 02:02:36      Ocwen Loan Servicing LLC,    1661 Worthington Road,
             Suite 100,    West Palm Beach, FL 33409-6493
                                                                                             TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13581705       Carol Pringle
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSEPH F. CLAFFY    on behalf of Debtor James F Archer claffylaw@gmail.com,    claffylaw@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Indenture
               Trustee for Springleaf Mortgage Loan Trust 2013-2 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2             Date Rcvd: Nov 10, 2016
                              Form ID: 210U            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: James F Archer                                                   Case No: 15−15863−mdc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 11/10/16

For The Court

Timothy B. McGrath
Clerk of Court

62
Form 210U