United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-15863-mdc
James F Archer    Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Nov 18, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.
db          +James F Archer,    21 Peacemaker Drive,    Parkesburg, PA 19365-9177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
         JOSEPH F. CLAFFY    on behalf of Debtor James F Archer claffylaw@gmail.com,    claffylaw@aol.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
          bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Indenture
          Trustee for Springleaf Mortgage Loan Trust 2013-2 bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com
         THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al...
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                      TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James F. Archer<br>　　　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association, as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-2<br>　　　　　　　　Movant<br>vs. | NO. 15-15863 MDC |
| James F. Archer<br>　　　　　　　　Debtor | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>　　　　　　　　Trustee | |

### ORDER

AND NOW, this 17th day of November, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 21 Peacemaker Drive, Parkesburg, PA 19365 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BJ.

James F. Archer
21 Peacemaker Drive
Parkesburg, PA 19365

Joseph F. Claffy Esq.
26 South Church Street
Suite 1 South
West Chester, PA 19382

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532