United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James F Archer
    Debtor

Case No. 15-15863-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 2     Date Rcvd: Dec 13, 2016
                    Form ID: 309A    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2016.
```
db             +James F Archer,    21 Peacemaker Drive,    Parkesburg, PA 19365-9177
tr             +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                 Doylestown, PA 18901-4872
13581704        Barbara Brand, Esquire,    3 Rosetta Drive,    Phoenixville, PA 19460
13581706       +Deborah Brand,    3 Rossiter Ave.,    Phoenixville, PA 19460-2509
13581707       +Farmers Insurance,    4680 Wilshire Blvd,    Los Angeles, CA 90010-3807
13616335       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13645909       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13581710       +Nationstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13581712       +Sadsbury Township,    c/o Lamb Windle Mcerlane,    24 E Market,    West Chester, PA 19382-3151
13581713       +Tri County Water,    3685 Leike Road,    Parkesburg, PA 19365-1704
13630874       +U.S. Bank National Association,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
13581714       +VNB LOAN SERVICES,    747 Chestnut Ridge Rd,    Spring Valley, NY 10977-6224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: claffylaw@gmail.com Dec 14 2016 02:22:51     JOSEPH F. CLAFFY,
                 Joseph F. Claffy & Associates, P.C.,    26 South Church Street,    Suite 1 South,
                 West Chester, PA   19382
smg             E-mail/Text: bankruptcy@phila.gov Dec 14 2016 02:24:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2016 02:23:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2016 02:24:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 14 2016 02:23:50     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13581708       +E-mail/Text: bankruptcy.notices@hdfsi.com Dec 14 2016 02:24:36     Harley Davidson Financial,
                 4150 Technology Way,    Pvc,    Carson City, NV 89706-2026
13581709       +E-mail/Text: bankruptcy@huntington.com Dec 14 2016 02:23:48     Huntington Bank,
                 7 Easton Oval,    Columbus, OH 43219-6060
13581711       +Fax: 407-737-5634 Dec 14 2016 03:40:00     Ocwen Loan Servicing LLC,    1661 Worthington Road,
                 Suite 100,    West Palm Beach, FL 33409-6493
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13581705        Carol Pringle
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    U.S. Bank National Association, Et Al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSEPH F. CLAFFY    on behalf of Debtor James F Archer claffylaw@gmail.com, claffylaw@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Indenture
           Trustee for Springleaf Mortgage Loan Trust 2013-2 bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2          Date Rcvd: Dec 13, 2016
                              Form ID: 309A           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

          TOTAL: 8

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James F Archer** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx−xx−2795** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **8/16/15** |
| Case number: | **15−15863−mdc** | Date case converted to chapter **7** | **11/9/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James F Archer | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 21 Peacemaker Drive <br> Parkesburg, PA 19365 | |
| 4. | **Debtor's attorney** <br> Name and address | JOSEPH F. CLAFFY <br> Joseph F. Claffy & Associates, P.C. <br> 26 South Church Street <br> Suite 1 South <br> West Chester, PA 19382 | Contact phone (610) 429−0900 <br> Email:  claffylaw@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | MICHAEL H KALINER <br> Michael H. Kaliner Trustee <br> 350 South Main Street <br> Suite 105 <br> Doylestown, PA 18901 | Contact phone 215−230−4250 <br> Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 12/13/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Chester County Services Center, 601 West Town Road, Room 250, West Chester, PA 19380** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 3/7/17 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    page **2**