Certificate Number: 05781-PAE-DE-028940175

Bankruptcy Case Number: 15-15863



05781-PAE-DE-028940175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2017, at 10:45 o'clock AM PDT, James Archer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    March 18, 2017                        By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President